UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

PETITION OF PETER J. MACKEY,
AS TITLED OWNER OF 2004 BLACK
THUNDER 430GT, COAST GUARD            Case No. 8:24-cv-309-SDM-NHA
CERT NO. 1208389, VESSEL
IDENTIFICATION NO. DON
43VL1K304 ITS ENGINES,
TACKLE AND APPURTENANCES

    Petitioner.
_____/

## ORDER

Claimants Freedom Marine Sales LLC and Freedom Boat Club LLC moved for a protective order and for sanctions against Petitioner Peter Mackey. Doc. 93. I held a hearing on the motion on June 16, 2025. Doc. 94. For the reasons stated at the June 16, 2025 hearing, I ORDER:

Freedom's motion for protective order and for sanctions (Doc. 93) is denied without prejudice, to the extent it seeks a protective order, and denied as moot as to the request for sanctions, given Freedom's withdrawal of the sanctions request at the hearing. I grant the motion to the extent it sought an order directing Mr. Mackey to seek—rather than provide—information while

deposing witnesses. For the reasons stated on the record, I entered such an order at the hearing.

ORDERED on June 16, 2025.

*[signature]*
NATALIE HIRT ADAMS
United States Magistrate Judge